LEAVITT J. HUNT and Another, as Executors, etc., of JOSEPH HOWLAND HUNT,

Deceased, and Another, Appellants, v. VELMA GLENN HODGES LANEHART and Others, Respondents.— Order, so far as appealed from, modified by granting motion as to items (f) and (g), in addition to those theretofore granted, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.